# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2551
LT Case No. 2004-CF-35133-A

_____

JOSEPH TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, III, Judge.

David M. Lamos, Ft. Pierce, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

January 2, 2024

PER CURIAM.

AFFIRMED.

MAKAR, WALLIS, and SOUD, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––